App. Div.]                Second Department, June, 1908.

Sam Warhaft, Respondent, v. Mollie Zasuly, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

James M. Weitsman, Appellant, v. Maria Boyton, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Frederick Winkler, Appellant, v. Heinrich Stern, Respondent.— Judgment of the Municipal Court affirmed, with costs of this appeal to the defendant. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Benjamin Wolf and Others, Respondents, v. Louis Folbe, Appellant.— Judg. ment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

William A. Worthington, Respondent, v. Antone Straussner, Appellant.— Order of the County Court of Suffolk county unanimously affirmed, with costs. No opinion. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Frederick W. Adamson, Appellant, v. Asa A. Spear, as Trustee of Louisa A. Baker, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Max Altenkirch, Respondent, v. National Biscuit Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

John Beattie and Peter Beattie, as Executors and Trustees under the Last Will and Testament of John Beattie, Deceased, Respondents, v. The New York and Long Island Construction Company, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Morris Berger, Respondent, v. Magdalena Renz, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Samuel Berger, Respondent, v. Adolph Sussman and Matilda Sussman, Appellants.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

John Bird, Respondent, v. New York and Queens County Railway Company, Appellant.— Judgment and order of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Charles Carpenter, Respondent, v. Lizzie A. Pink and Others, Defendants, Impleaded with Louise H. Carpenter, Individually, Appellant. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Charles Carpenter, Respondent, v. Lizzie A. Pink and Others, Defendants, Impleaded with Louise H. Carpenter, Individually, Appellant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Charles Carpenter, Respondent, v. Lizzie A. Pink and Others, Defendants, Impleaded with Louise H. Carpenter, Individually, Appellant. (Action No. 3.)

— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Isidore S. Chirurg, Respondent, v. Michael Chirurg, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Paul E. De Fere, Respondent, v. General Electric Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Beitha F. Dunne, Respondent, v. Richmond Light and Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Richard W. Dunne, Respondent, v. Richmond Light and Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Edwin T. Fairbanks, an Infant, etc., by His Guardian ad Litem, Harriet A. Fairbanks, Appellant, v. The American Railway Traffic Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Henry Feltman, Respondent, v. Ferdinand Ehrlich, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Henry C. Ferris, Respondent, v. William A. Bartle, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Fiss, Doerr & Carroll Horse Company, Appellant, v. Vincenzo Fanto, Respondent.— Judgment of the Municipal Court affirmed by default, with costs. — Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Frederick Greiner, as Surviving Administrator, etc., of Magdalena Greiner, Deceased, Respondent, v. William Greiner and Marie Greiner, Appellants. — Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

William Grosback, Respondent, v. John George Weber, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Philip Hanley, Respondent, v. Lillian B. Friedlander, Appellant, Impleaded with Brooklyn Heights Railroad Company, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

George D. Harris and Another, Respondents, v. Brooklyn Union Coal Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Sarah J. Harway, Appellant, v. Harway Improvement Company and the Brooklyn Heights Railroad Company, Respondents.— Judgment affirmed, with costs, on the authority of *Becker* v. *McCrea* (119 App. Div. 56). Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Luther H. Holton, Respondent, v. Helvetia-Swiss Fire Insurance Company of